THE HONORABLE RONALD B. LEIGHTON

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THOMAS K. STARK,<br><br>Plaintiff,<br><br>v.<br><br>TOTEM OCEAN TRAILER EXPRESS, INC.; INTEROCEAN AMERICAN SHIPPING CORPORATION; SEA STAR STEVEDORE CO. *in personam*, and SS NORTHERN LIGHTS et al. *in rem,*<br><br>Defendants. | IN ADMIRALTY<br><br>CASE NO.  C05-5808RBL<br><br>STIPULATION AND ORDER EXTENDING DATE TO FILE MOTIONS IN LIMINE |

Plaintiff Thomas K. Stark and defendants Totem Ocean Trailer Express, Inc. (TOTE), Interocean American Shipping Corporation (IAS), and Sea Star Stevedore Co., by and through their attorneys of record, stipulate and agree as follows:

1. The parties stipulate and agree that, because of continuing settlement negotiations, the court should extend the date for the filing of motions in limine by one week to February 5, 2007;

2. The extension of this date will not affect the discovery cutoff date or the scheduled trial date of February 26, 2007.

STIPULATED TO AND AGREED this 29th Day of January, 2007.

STIPULATION & ORDER TO EXTEND
FILING MOTIONS IN LIMINE, 05-5808RBL  -1

LAW OFFICE OF CHARLES M. DAVIS
4767 WHARF ROAD
BOW WA 98232
360-766-3223

| | |
|---|---|
| CHARLES M. DAVIS | THOMAS G. JOHNSON |
| s/_____ | s/_____ |
| Charles M. Davis, WSBA # 5088 | Thomas G. Johnson, WSBA # 8929 |
| Counsel for Plaintiff Thomas Stark | Attorney for Defendant Sea Star Stevedore Co. |
| 4767 Wharf Road | 2101 Fourth Ave., Suite 2400 |
| Bow, WA 98232 | Seattle WA 98212 |
| Tel: (360) 766-3223 | Tel: (206) 443-3400 |
| Fax: (360) 766-4014 | Fax: (206) 443-9076 |
| E-mail: cdavis@davismarine.com | E-Mail: tgjohnson@bmjlaw.com |

MARC E. WARNER

s/_____
Marc E. Warner, WSBA # 5937
Attorney for Defendants TOTE and IASC
LeGros, Buchanan & Paul
701 Fifth Ave., Suite 2500
Seattle WA 98104
Tel: (206) 623-4990
Fax: (206) 467-4828
E-mail: mwarner@legros.com

**ORDER**

Based upon the above stipulation, it is hereby ordered that the Court's scheduling order is modified as follows:

1.   Motions in Limine: February 5, 2007;

The trial date of February 26, 2007, is not affected by these changes.

Dated this 30th day of January, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER TO EXTEND
FILING MOTIONS IN LIMINE, 05-5808RBL  -2

LAW OFFICE OF CHARLES M. DAVIS
4767 WHARF ROAD
BOW WA 98232
360-766-3223